UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                              :        CASE NO. 05-24162
                                                             CHAPTER 13
ROBERT L. SCHMALZ
                                                    :        JUDGE JEFFERY P. HOPKINS

        DEBTOR

                                                    :        NOTICE OF TRANSMITTAL OF
                                                             UNCLAIMED FUNDS

        Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

        The Trustee has made numerous attempts to contact the debtor(s).  Final Report has been filed in
this case.  These Funds are now unclaimed.

Check No.                      Amount
 916631                         $1.36


Debtor Address
ROBERT L. SCHMALZ
4450 SPRINGDALE ROAD
CINCINNATI, OH  45251


                                        Respectfully submitted,


                                /s/     Margaret A. Burks, Esq.
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0038798

                                        Karolina F. Perr, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0066193

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH 45202
                                        (513) 621-4488
                                        (513) 621 2643 (Facsimile)
                                        mburks@cinn13.org - Correspondence only
                                        fdicesare@cinn13.org
                                        kperr@cinn13.org
                                        cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 24, 2010.

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.

Debtor(s)
ROBERT L. SCHMALZ
4450 SPRINGDALE ROAD
CINCINNATI, OH  45251

Debtor(s) Counsel
GOERING & GOERING
220 WEST 3RD STREET
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
(service waived)

Registry_Deposit_for_Debtors